HACHIG SHAHINIAN, Appellant, v. ALUMINUM COMPANY OF AMERICA, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CHILDREN'S HOSPITAL OF BUFFALO, Respondent, v. DOROTHY S. BELL, Appellant.— Motion to resettle order entered October 2, 1941, or for a reargument denied, with ten dollars costs. All concur, except Crosby, P. J., who votes for granting the motion to resettle. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE CITY OF BUFFALO, Appellant, v. NATHAN MESNEKOFF, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

## (November 19, 1941.)

In the Matter of the Judicial Settlement of the Accounts of FRANK J. MAGUIRE, as Executor and Trustee, etc., of JOSEPHINE V. BLODGETT, Deceased.— On reargument, decree modified on the law and facts in accordance with the memorandum filed on the original decision of this appeal and as modified affirmed, without costs of this appeal to any party. Certain findings of fact and conclusions of law disapproved and reversed and new findings and conclusions made. (261 App. Div. 878.) All concur. (The decree judicially settles the accounts of the executor and trustee of decedent.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

CHARLES F. GARDNER, as Committee of the Person and Property of HARRIET W. STANARD, an Incompetent Person, Respondent, v. MARION MACDONALD HENDERSON, Formerly Known as MARION MACDONALD, Appellant, and THE MECHANICS SAVINGS BANK OF ROCHESTER, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order substitutes the administrator as party plaintiff in place of the same person as committee in an action for a declaratory judgment and to recover the amount of a bank account.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.